*Gov't Filed in open Court on 10/11/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07- *195 m* |
| | ) |
| CHARLES WARREN, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

   \_\_\_\_ Maximum sentence life imprisonment or death

   __X__ 10+ year drug offense

   \_\_\_\_ Felony, with two prior convictions in above categories

   \_\_\_\_ Minor victim

   __X__ Possession/ use of firearm, destructive device or other dangerous weapon

   \_\_\_\_ Failure to register under 18 U.S.C. § 2250

   __X__ Serious risk defendant will flee

   \_\_\_\_ Serious risk obstruction of justice

FILED

OCT 1 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

   3. **Rebuttable Presumption**. The United States will invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

   4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

   5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

     ___ (a) on release pending trial for a felony;

     ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

     ___ (c) on probation or parole for an offense.

   ___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

   ___ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___11th___ day of <u>October</u>, 2007.

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

                                BY: _/s/ Robert J. Prettyman_____
                                     Robert J. Prettyman
                                     Assistant United States Attorney