# REDACTED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                   :

      Plaintiff,                              :

      v.                                      :      Criminal Action No. 07-**143**

CHARLES L. WARREN,                          :

      Defendant.                              :



```
F I L E D

NOV - 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about October 11, 2007, in the State and District of Delaware, CHARLES L.

WARREN, defendant herein, did knowingly possess with intent to distribute more than five (5)

grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II

controlled substance, in violation of Title 21 United States Code, Sections 841(a)(1) and

(b)(1)(B).

### COUNT II

On or about October 11, 2007, in the State and District of Delaware, CHARLES

WARREN, defendant herein, having been previously convicted of a crime punishable by a term

of imprisonment exceeding one year, to wit, a conviction on or about April 21, 2003, in the

Superior Court in and for New Castle County for the State of Delaware, did knowingly possess a

firearm in and affecting interstate commerce, to wit, a Rossi Interarms .38 Special revolver, serial

number 075051, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count I of this Indictment,

CHARLES WARREN, defendant herein, shall forfeit to the United States pursuant to 21 U.S.C.

§ 853, any property constituting or derived from proceeds obtained, directly or indirectly, as a

result of said violation, and any property used, or intended to be used, in any manner or part to

commit, or to facilitate the commission of, said violation.

Upon conviction of the firearms offenses alleged in Count II of this Indictment,

CHARLES WARREN, defendant herein, shall forfeit to the United States pursuant to 18 U.S.C.

§ 924(d) and 28 U.S.C. § 2461(c) any firearm and/or ammunition involved or used in the

commission of said offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the

defendant:

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with, a third party;

(3)     has been placed beyond the jurisdiction of the court;

(4)     has been substantially diminished in value; or

(5)     has been commingled with other property which cannot be divided without

difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any

other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

COLM F. CONNOLLY
United States Attorney

BY:_____
Shawn Martyniak
Special Assistant United States Attorney

Dated: November 6, 2007

3