UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. 07-143-JJF |
| CHARLES WARREN, | ) ) ) |
| Defendant. | ) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **NOVEMBER 15TH, 2007** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _December 17, 2007_. The time between the date of this order and shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

FILED

NOV 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney