IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-143 JJF |
| CHARLES WARREN, | : |
| Defendant. | : |

<u>O R D E R</u>

WHEREAS, Defendant has filed a Motion to Suppress Evidence (D.I. 13);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **February 6, 2008, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

January 23, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
JAN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE