**Federal Public Defender**
District of Delaware

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

one customs House
704 King Street, suite 110
Wilmington, Delaware 19801
(302) 573-6010 (telephone)
(302) 573-6041 (Fax)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS

TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

February 19, 2008

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

> Re:   **United States v. Charles Warren**
>       **Criminal Action No.: 07-143-JJF**
>       **Our File No.: 2008-00015**

Dear Judge Farnan:

Pursuant to the Court's request that the parties submit a briefing schedule for post-hearing briefs on the Motion to Suppress in this matter, the parties propose to submit simultaneous briefs pursuant to the following schedule:

Opening Briefs for both the Government and Defense are due by March 7, 2008,
Any Response Briefs either party wishes to file are due by March 17, 2008.

Should Your Honor have any questions, please feel free to contact me.

Respectfully submitted,

/s/ Eleni Kousoulis

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
ecf_de@msn.com
(302) 573-6010
Attorney for Defendant Charles Warren

Dated:  February 19, 2008