AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**EXHIBIT AND WITNESS LIST**

USA v. Warren

Case Number: 07-143

| PRESIDING JUDGE Farnan | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) 2/6/08 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/6 | ✓ | ✓ | Parole agreement of Charles Warren |
| 2 | | " | ✓ | ✓ | Arrest - Search Checklist |
| G1 | | 2/6 | | | Officer Steele |
| G2 | | " | | | Officer Murphy |
| G3 | | " | | | probation officer Cerminaro |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages