IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal Action No. 07-143-JJF |
| Plaintiff, | : |
| v. | : |
| | : |
| CHARLES WARREN, | : |
| | : |
| Defendant. | : |

**GOVERNMENT'S REQUEST FOR STATUS CONFERENCE**

The United States, by and through Colm F. Connolly, United State's Attorney for the District of Delaware, and Shawn E. Martyniak, Special Assistant United State's Attorney for the District of Delaware, hereby requests a status conference in the matter *United States v. Charles Warren*.

1. On November 6, 2007, the Grand Jury for the District of Delaware indicted Mr. Warren for knowingly possessing with the intent to distribute more than five grams of a mixture containing a detectable amount of cocaine base, in violation of Title 21, *United States Code*, Sections 841(a)(1) and (b)(1)(B); and knowingly possessing a firearm that has been transported in interstate commerce to Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

2. On February 6, 2008, the Court conducted an evidentiary hearing to hear testimony related to Mr. Warren's suppression motion. Respective Parties filed all post-hearing responses to the hearing on or before March 17, 2008.

3. The Government respectfully requests a status conference, if necessary, to determine possible trial dates.

          Respectfully submitted,

          COLM F. CONNOLLY
          United States Attorney

          By: Shawn E. Martyniak (De. I.D. No. 4433)
          Special Assistant United States Attorney
          1007 Orange Street, Suite 700
          P.O. Box 2046
          Wilmington, Delaware 19899-2046

Dated: April 28, 2008.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-143-JJF |
| | ) | |
| CHARLES WARREN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

For the reasons stated in the Government's *Motion* dated April 28, 2008, IT IS

HEREBY ORDERED that a status conference shall be held on _____, 2008 at _____.


Dated: _____

_____
Joseph J. Farnan
UNITED STATES DISTRICT JUDGE