IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-143-JJF |
| CHARLES WARREN, | : |
| Defendant. | : |

**ORDER**

At Wilmington, this 9 day of May 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Suppress Physical Evidence (D.I. 13) and Motion to Dismiss Indictment (D.I. 14) are **DENIED**.

_____
UNITED STATES DISTRICT JUDGE