**Federal Public Defender**
District of Delaware

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

one customs House
704 King Street, suite 110
Wilmington, Delaware 19801
(302) 573-6010 (telephone)
(302) 573-6041 (Fax)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS

TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

May 22, 2008

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

      **Re:** *United States v. Charles Warren*
           **Criminal Action No.: 07-143-JJF**

Dear Judge Farnan:

      The above-referenced case is listed for a Scheduling Conference on Tuesday, June 3, 2008 at 2:00 p.m. The defendant, Mr. Warren, has asked to be present for the Scheduling Conference. Mr. Warren is currently incarcerated at the Salem County Correctional Facility. Although I understand that it is not the Court's normal policy to have defendants present for scheduling conferences, given Mr. Warren's strong desire to be involved in every aspect of his case, I am writing to respectfully request that Mr. Warren be brought to Court for this hearing.

      Should Your Honor have any questions, please feel free to contact me.

                                  Respectfully submitted,

                                  /s/ Eleni Kousoulis
                                Eleni Kousoulis, Esquire
                                Assistant Federal Public Defender
                                One Customs House
                                704 King Street, Suite 110
                                Wilmington, Delaware  19801
                                ecf_de@msn.com
                                (302) 573-6010
                                Attorney for Defendant Charles Warren

cc: Shawn Martyniak, Assistant United States Attorney
     Charles Warren, Defendant