5/21/08

From/ Charles
To/ Honorable Joseph J. Farnan, JR

CR 07-143

Dear Judge Farnan,

My name is Charles Warren and my rights are being violated by SALEM County Correctional Facility. These are the reasons why I am being Denyed to go to the Law library, They are telling me I can do anything about it!

"Due process"

The due process under Federal Constitution's Fifth and Fourteenth Amendments, State "securing a meaningful defense", given the severity about accuracy in making legal use of the right to a fair trial. I can't "prepair for trial" when I am "Denyed" Access to the Law library! Can you put me in a facility were I can go to the Law library or make a way that I can have a few hours a day to prepair for trial.

Thank you, Charles Warren

Honorable Joseph J. Farnan, JR
United States District Judge



FILED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned