IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Criminal Action No. 07-143 JJF |
| | : |
| CHARLES WARREN, | : |
| | : |
| Defendant. | : |

### O R D E R

WHEREAS, on June 3, 2008, a Scheduling Conference was held in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial will commence on **June 30, 2008, at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **4:30 p.m. on June 20, 2008**.

3) Any Proposed Special Voir Dire Questions shall be filed by **4:30 p.m. on June 20, 2008**.

4) Any Motions in Limine must be filed and completed briefing **by 4:30 p.m. on June 20, 2008**.

5) The time between June 3, 2008 and June 30, 2008, shall be excludable under the Speedy Trial Act in the interest of

justice (18 U.S.C. §3161 et seq.)

June 11, 2008                  /s/ Joseph J. Farnan, Jr.
DATE                            UNITED STATES DISTRICT JUDGE