UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-143-JJF |
| | : | |
| CHARLES WARREN, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING**

Defendant, Charles Warren, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an Order continuing the sentencing hearing in this case.

In support of the motion, the defendant avers as follows:

1.    Mr. Warren is currently scheduled for sentencing on October 7, 2008 at 1:00 p.m.

2.    Mr. Warren's attorney, Eleni Kousoulis, will be out of the office on October 6, 2008 and October 7, 2008, and therefore unavailable on the date that Mr. Warren's sentencing is currently scheduled.  The defense respectfully requests that the sentencing hearing in this matter be continued.

3.    Assistant United States Attorney, Shawn Martyniak, the attorney handling this case for the government, has no objection to the defendant's request for a continuance of the sentencing hearing in this case, making this motion unopposed.

WHEREFORE, Mr. Warren respectfully requests that the Court continue the sentencing hearing in this matter.

Respectfully submitted,


  */s/ Eleni Kousoulis*
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
Attorney for Defendant Charles Warren


DATED:  August 12, 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-143-JJF |
| | : | |
| CHARLES WARREN, | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

In response to Defendant Warren's Motion for Continuance of Sentencing, this Court

HEREBY ORDERS on this _____ day of _____, 2008, that Defendant

Warren's sentencing hearing be re-scheduled for the _____ day of _____, 2008

at _____ a.m./p.m.

<br>

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court