UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-143-JJF |
| CHARLES WARREN, | : |
| Defendant. | : |

## ORDER

In response to Defendant Warren's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this  13  day of  August , 2008, that Defendant Warren's sentencing hearing be re-scheduled for the  5  day of  November , 2008 at  2:00  a.m./p.m.

_____
The Honorable Joseph J. Farnan, Jr
United States District Court